# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:22-CV-00034-RJC-DSC

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ELSEVIER INC., et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for William S. Strong]" (document #26) filed July 18, 2022. For the reasons set forth therein, the Motion will be <u>granted.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: July 19, 2022

David S. Cayer
United States Magistrate Judge