IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ELSEVIER INC. and ELSEVIER LTD., <br><br> *Defendants*. | Civil Action No. 3:22-cv-00034-RJC-DSC |

**JOINT STATUS UPDATE**

Pursuant to the Parties' Joint Status Update dated January 13, 2023, the parties hereby file this Joint Status Update.

Since the January 6, 2023 meet and confer described in the parties' prior status update, many of the discovery issues have been resolved, but several remain outstanding. The parties had a second meet and confer on February 2, 2023, at which they agreed on certain targeted additional discovery. The parties are continuing to work through the discovery issues as expeditiously as possible in an effort to reach a resolution without court involvement.

Dated: February 3, 2023

McGuireWoods LLP

/s/ Robert A. Muckenfuss
Robert A. Muckenfuss (Bar No. 28218)
Kelly Warlich (Bar No.51053)
McGuireWoods LLP
Fifth Third Center
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
T: (704) 343-2052
F: (704) 444-8707
rmuckenfuss@mcguirewoods.com
kwarlich@mcguirewoods.com

Elizabeth Zwickert Timmermans (Bar No. 40205)
Jonathan Ellis (Bar No.41220)
MCGUIREWOODS LLP
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
T: (919) 755-6600
F: (919) 755-6699
eztimmermans@mcguirewoods.com
jellis@mcguirewoods.com

*Counsel for Plaintiff Global Plasma Solutions, Inc.*

**KOTIN, CRABTREE & STRONG, LLP**

/s/ William S. Strong
William S. Strong (Bar No.483520)
One Bowdoin Square
Boston, Massachusetts 02114
Phone: (617) 227-7031
Fax: (617) 367-2988
Email: wstrong@kclegal.com

### CERTIFICATE OF SERVICE

    I hereby certify that on February 3, 2023, the foregoing document was filed electronically with the Clerk of the Court for the Western District of North Carolina by using the CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

Dated: February 3, 2023                         */s/ Robert A. Muckenfuss*
                                                                         Robert A. Muckenfuss