UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, *Plaintiff,* v. ELSEVIER INC. and ELSEVIER LTD., *Defendants.* | Case No. 3:22-cv-00034-RJC-DCK |

**MOTION OF DEFENDANTS ELSEVIER INC. AND ELSEVIER LTD.
TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR
<u>FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED</u>**

Defendants Elsevier Inc. and Elsevier Ltd. hereby respectfully move that the Court dismiss the Complaint filed against them by plaintiff Global Plasma Solutions, Inc. pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief may be granted.

This Motion is based upon the Memorandum submitted herewith and Exhibits A through M attached hereto.

Respectfully submitted,

Dated: June 30, 2023

**KOTIN, CRABTREE & STRONG, LLP**

/s/ William S. Strong
William S. Strong
Massachusetts Bar 483520
2223 Washington St.
Newton, MA 02462
Phone: (617) 227-7031
Fax: (617) 367-2988
Email: wstrong@kcslegal.com

1

**WOMBLE BOND DICKINSON (US) LLP**

James P. Cooney III
N.C. State Bar No. 12140
Russ Ferguson
N.C. State Bar No. 39671
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202
Phone: (704) 331-4900
Fax: (704) 331-4955
Email: Jim.Cooney@wbd-us.com
Email: Russ.Ferguson@wbd-us.com

**Attorneys for Defendants**