IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ELSEVIER INC. and ELSEVIER LTD., <br><br> *Defendants*. | Civil Action No. 3:22-cv-00034 |

## NOTICE OF APPEARANCE OF ARMINA A. MANNING

PLEASE TAKE NOTICE that the undersigned attorney, Armina A. Manning of the law firm of McGuireWoods LLP, hereby enters her appearance as co-counsel on record for the purpose of representing Plaintiff Global Plasma Solutions, Inc. in the above-captioned matter.

Service of all pleadings, papers and other filings should be made on Plaintiff's counsel at the address listed below.

This is the 28th day of July 2023.

> */s/ Armina A. Manning*
> Armina A. Manning (NC Bar #60436)
> **MCGUIREWOODS LLP**
> 501 Fayetteville Street, Suite 500
> Raleigh, North Carolina 27601
> Telephone: (919) 755-6668
> Facsimile: (919) 755-6598
> aamanning@mcguirewoods.com
>
> *Attorney for Plaintiff Global Plasma Solutions, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28th, 2023, the foregoing NOTICE OF APPEARANCE OF ARMINA A. MANNING was filed electronically with the Clerk of Court for the Western District of North Carolina by using the CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

                                              */s/ Armina A. Manning*
                                              Armina A. Manning