# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>ELSEVIER INC. and ELSEVIER LTD.,<br><br>*Defendants.* | Case No. 3:22-cv-00034-MR-DCK |

## ELSEVIER LTD.'S MOTION
## FOR CERTIFICATION OF INTERLOCUTORY APPEAL

Defendant Elsevier Ltd. respectfully moves that the Court certify for interlocutory appeal, pursuant to 28 U.S.C. 1292(b), that portion of its Order dated July 23, 2025 (Doc. 102) that dismisses Elsevier Ltd.'s motion to dismiss for lack of personal jurisdiction, by amending said Order to state that the conditions of 28 U.S.C. 1292(b) have been met with respect to said portion.

This Motion is based upon the Memorandum submitted herewith, and upon Exhibits A and B hereto. Both Exhibits are already matters of record in this action, but are submitted herewith for the Court's convenience. Exhibit A is the first page of Exhibit A to the First Amended Complaint (Doc. 39), and has been altered only

by highlighting for the Court's convenience. Exhibit B is the first page of Exhibit 24 to the Declaration of Kelly Warlich (Doc. 55). Said Exhibit 24 as a whole contained confidential information of Elsevier Ltd. and was therefore filed under seal; the first page contains no confidential information and is therefore not filed under seal.

Respectfully submitted,

Dated: August 29, 2025

**KOTIN, CRABTREE & STRONG, LLP**
/s/ William S. Strong
William S. Strong
Massachusetts Bar 483520
2223 Washington St.
Newton, MA 02462
Phone: (617) 227-7031
Fax: (617) 367-2988
Email: wstrong@kcslegal.com
**Attorneys for Defendants**

**WOMBLE BOND DICKINSON (US) LLP**

James P. Cooney III
N.C. State Bar No. 12140
One Wells Fargo Center, Suite 3500
301 South College Street
Charlotte, North Carolina 28202
Phone: (704) 331-4900
Fax: (704) 331-4955
Email: Jim.Cooney@wbd-us.com