**EXHIBIT B**

DocuSign Envelope ID: D863977C-BDFC-402A-9E39-39887653D7BE

CONFIDENTIAL





EXHIBIT

Exhibit-1  5/5/23  JM

# SENIOR EDITOR AGREEMENT

AGREEMENT made as from this 01st of February, 2018 by and between: Prof. Dr. Ir. Bert Blocken whose address is at Technische Universiteit Eindhoven, General, PO Box 513, Eindhoven, 5600 MB, Eindhoven, Netherlands, hereinafter referred to as "the Editor",

AND

ELSEVIER LIMITED, with offices at The Boulevard, Langford Lane, Kidlington, Oxford OX5 1GB, UK, hereinafter referred to as "the Publisher".

WHEREAS:

a) The Publisher publishes the journal *Building and Environment* (the "Journal") and is the sole owner of the trademarks, copyrights, inventory, work in process and of all other rights in and to the Journal;

b) Pursuant to an agreement dated 11 October 2016 ("Prior Agreement") the parties wish to enter into this new Agreement to replace and supersede the Prior Agreement effective with the initial date of the Term as set forth herein;

c) The Publisher wishes to appoint the Editor to act as Senior Editor of the Journal and the Editor wishes to accept that appointment.

NOW, THEREFORE, in consideration of the mutual promises herein contained, the parties hereto agree as follows:

### Article 1 Editorial Organization

The parties agree that the editorial organization of the Journal shall be as follows:

1.1　The current description of the scope and subject matter of the Journal (the "Aims and Scope") are attached as Annex 1.1.

1.2　The Journal contains mainly full length research papers, review type articles, short communications, commentaries and other interactive and ancillary material that is of special interest to the readers of the Journal ("Articles"), for which the Editor has the editorial responsibility. Each Article shall contain such electronic, interactive and/or database elements suitable for publication online as may be required by the Publisher from time to time.

1.3　The members of the Editorial Board will assist the Editor in reviewing or in coordinating the reviewing of papers submitted for publication in the Journal. In addition the members of the Editorial Board will, in consultation with the Editor, solicit and acquire suitable Articles for the Journal and invite colleagues of high scientific standing to contribute to the Journal.

1.4　The Editor agrees to use the Editor's best efforts in cooperating with the Editorial Board and any other editors of the Journal with respect to the publication and operation of the Journal.

Elsevier Limited  The Boulevard, Langford Lane, Kidlington, Oxford OX5 1GB, UK
Tel +44 (0) 1865 843000    Fax +44 (0) 1865 843010    www.elsevier.com
Registered in England reg no. 1982084  I  vat no. 494 6272 12

Case 3:22-cv-00034-RJC-DCK  Document 55-19  Filed 07/28/23  Page 2 of 17
Case 3:22-cv-00034-MR-DCK  Document 107-2  Filed 08/29/25  Page 2 of 2

ELS01621