UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC.<br><br>     *Plaintiff,*<br><br> v.<br><br>ELSEVIER INC. and ELSEVIER LTD.,<br><br>     *Defendants.* | Case No. 3:22-cv-00034-MR-DCK |

**ELSEVIER LTD.'S AMENDED MOTION
FOR CERTIFICATION OF INTERLOCUTORY APPEAL**

 Defendant Elsevier Ltd. respectfully moves that the Court certify for interlocutory appeal, pursuant to 28 U.S.C. 1292(b), that portion of its Order dated July 23, 2025 (Doc. 102) that dismisses Elsevier Ltd.'s motion to dismiss for lack of personal jurisdiction, by amending said Order to state that the conditions of 28 U.S.C. 1292(b) have been met with respect to said portion.

 This Motion is based upon the Memorandum (Doc. 108) submitted with Elsevier Ltd.'s original motion, and upon Exhibits A and B attached hereto. Both Exhibits are already matters of record in this action, but are submitted herewith for the Court's convenience. Exhibit A is the first page of Exhibit A to the First

Amended Complaint (Doc. 39), and has been altered only by highlighting for the Court's convenience.  Exhibit B is the first page of Exhibit 24 to the Declaration of Kelly Warlich (Doc. 55).  Said Exhibit 24 as a whole contained confidential information of Elsevier Ltd. and was therefore filed under seal; the first page contains no confidential information and is therefore not filed under seal.

Elsevier Ltd.'s original motion, Doc. 107, was by an oversight filed before undersigned counsel had conferred with plaintiff's counsel.  Counsel conferred less than two hours after the filing, and plaintiff's counsel indicated that plaintiff intends to oppose.

Dated:  August 31, 2025

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ James P. Cooney
James P. Cooney III (N.C. Bar No. 12140)
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Phone:  (704) 331-4900
Fax:  (704) 331-4955
Email:  Jim.Cooney@wbd-us.com

**KOTIN, CRABTREE & STRONG, LLP**

William S. Strong (MA Bar 483520)
2223 Washington St.
Newton, MA  02462
Phone: (617) 227-7031
Fax: (617) 367-2988
Email: wstrong@kcslegal.com

*Attorneys for Defendants*