# EXHIBIT A

Building and Environment 195 (2021) 107750

Contents lists available at ScienceDirect

# Building and Environment

journal homepage: http://www.elsevier.com/locate/buildenv



# Evaluating a commercially available in-duct bipolar ionization device for pollutant removal and potential byproduct formation



Yicheng Zeng[a], Prashik Manwatkar[a], Aurélie Laguerre[b], Marina Beke[a], Insung Kang[a], Akram S. Ali[a], Delphine K. Farmer[c], Elliott T. Gall[b], Mohammad Heidarinejad[a], Brent Stephens[a,*]

[a] *Department of Civil, Architectural, and Environmental Engineering, Illinois Institute of Technology, Chicago, IL, USA*
[b] *Department of Mechanical and Materials Engineering, Portland State University, Portland, OR, USA*
[c] *Department of Chemistry, Colorado State University, Fort Collins, CO, USA*

ARTICLE INFO

*Keywords:*
Indoor air quality
Air cleaner
Ionizer
Particulate matter
Volatile organic compounds

ABSTRACT

We conducted a series of experiments to evaluate the gas and particle removal effectiveness and potential for byproduct formation resulting from the operation of a commercially available in-duct bipolar ionization device. Laboratory tests were conducted with the ionizer installed in a small air handler serving a large semi-furnished chamber. Chamber experiments were conducted under (i) normal operating conditions to characterize the impact of the ionizer on concentrations of particles (0.01–10 μm), ozone ($O_3$), nitrogen dioxide ($NO_2$), volatile organic compounds (VOCs), and aldehydes, and (ii) particle injection and decay conditions to characterize the impact of the ionizer operation on particle loss rates. The field test involved air sampling of particulates (0.01–10 μm), $O_3$, and VOCs upstream and downstream of an operating ionizer device installed in an air handling unit serving an occupied office building. Both the chamber and field tests suggested that the use of the tested bipolar ionization unit led to a decrease in some hydrocarbons (e.g., xylenes) among the lists of compounds we were able to analyze, but an increase in others, most prominently oxygenated VOCs (e.g., acetone, ethanol) and toluene. Ionizer operation appeared to minimally impact particle, $O_3$, and $NO_2$ concentrations during normal operating conditions. Particle injection and decay experiments in the chamber suggest that operation of the ionizer unit led to a small increase in loss rates for ultrafine particles (<0.15 μm) and a small decrease in loss rates for larger particles (>0.3 μm), but with negligible net changes in estimated $PM_{2.5}$ loss rates.

## 1. Introduction

As a result of recent global air quality challenges, including smoke from historically large wildfires in the U.S [1] and the increasing recognition of the potential for aerosol transmission of COVID-19 in poorly ventilated indoor environments [2], there has been an unprecedented level of interest and investment in indoor air cleaning technologies. The marketplace for air cleaning devices has become inundated with an array of technologies to meet the demand, including high-efficiency fibrous-media filters, disinfectant misters, and a variety of electronic air cleaners including ultraviolet germicidal irradiation (UVGI) lights, plasma generators, hydroxyl radical generators, ionizers, and more [3,4,5,6,7]. While fibrous media filters are routinely tested for their ability to remove particles [8,9], many electronic air cleaning technologies are not evaluated by any federal agency or industry standards organizations for their efficacy or their potential for unintended consequences, including the generation of chemical byproducts [10].

One such air cleaning technology that has garnered significant interest is air ionization, which involves the introduction of ions to a space. Air ionization devices include those that generate only negative ions (i.e., *unipolar* ionizers) and those that generate both positive and negative ions (i.e., *bipolar* ionizers). Air ionization has been shown in some peer-reviewed studies to decrease bacterial deposition to surfaces [11], inactivate airborne bacteria [12,13], remove airborne particles [14], and increase submicron particle deposition to surfaces [15]. While the efficacy for some of these constituents has been demonstrated in some peer-reviewed studies, the literature remains sparse and limited to a narrow range of technologies.

* Corresponding author. Professor and Department Chair, Department of Civil, Architectural, and Environmental Engineering, Illinois Institute of Technology, Alumni Hall Room 228E, 3201 S Dearborn Street, Chicago, IL, 60616, USA.
*E-mail address:* brent@iit.edu (B. Stephens).

https://doi.org/10.1016/j.buildenv.2021.107750
Received 17 December 2020; Received in revised form 22 February 2021; Accepted 23 February 2021
Available online 7 March 2021
0360-1323/© 2021 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).