# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte DIVISION
### CIVIL CASE NO. 3:22-cv-00034-MR-DCK

| | |
|---|---|
| Global Plasma Solutions, Inc. ) | |
| Plaintiff(s), ) | |
| vs. ) | **DESIGNATION OF MEDIATOR** |
| Elsevier Inc. and Elsevier Ltd. ) | |
| Defendant(s). ) | |

Pursuant to the Pretrial Order and Case Management Plan entered 8/22/25, counsel for Plaintiff(s)/Defendant(s), on behalf of all parties, submit this report stating the identity of the mediator upon whom the parties have agreed. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned case:

Chief Judge Louis Bledsoe, III
_____
_____

Respectfully submitted this 11 day of September, 2025.