IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00034-KDB-WCM

GLOBAL PLASMA SOLUTIONS, INC., )
)
        Plaintiff, )
)      ORDER
v. )
)
ELSEVIER INC.; )
ELSEVIER LTD, )
)
        Defendants. )
_____ )

This matter is before the Court on various motions. A hearing was conducted on April 1, 2026, following which the undersigned issued oral rulings, which are memorialized by this order.

**IT IS HEREBY ORDERED:**

1. That Plaintiff's Motion for Leave to File Surreply to Defendants' Reply in Support of its Motion for Leave to Amend their Answers (Doc. 178) is **DENIED**.

2. That Defendants' Motion for Leave to Amend Their Answers (Doc. 164) is **GRANTED**, and Defendants are **GRANTED LEAVE** to file clean copies of their Amended Answers (<u>see</u> Docs. 164-1 and 164-2) on or before April 8, 2026.

1

3. That Plaintiff's Motion to Compel Responses to First Requests for Production of Documents and Interrogatories (Doc. 147) is **DENIED WITHOUT PREJUDICE**.

Signed: April 1, 2026

W. Carleton Metcalf
United States Magistrate Judge

Case 3:22-cv-00034-KDB-WCM    Document 190    Filed 04/02/26    Page 2 of 2