# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

GLOBAL PLASMA SOLUTIONS, INC.,

    *Plaintiff*,

v.

ELSEVIER INC. and ELSEVIER LTD.,

    *Defendants*.

Civil Action No. 3:22-cv-00034

## PLAINTIFF GLOBAL PLASMA SOLUTIONS, INC.'S MOTION TO AMEND CASE MANAGEMENT ORDER AND FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS

Plaintiff Global Plasma Solutions, Inc. ("GPS") respectfully moves this Court to amend the revised Pretrial Order and Case Management Plan ("CMO"), entered January 29, 2026 (Doc. No. 168), to allow GPS to take 10 non-expert depositions. In support of this motion, GPS states as follows:

1. The operative CMO in this matter provides that no party may take more than 6 depositions of non-expert witnesses. (Doc. No. 168 at 5.)

2. On March 9, 2026, Defendants Elsevier Ltd. and Elsevier Inc. ("Elsevier") served Supplemental Rule 26 Disclosures, identifying 9 individuals likely to have discoverable information.

1

3. GPS has deposed 1 of these individuals to date and has scheduled a deposition of a second.

4. GPS will need to depose many or all of the individuals Elsevier disclosed as well as other third-party and/or Elsevier witnesses revealed in discovery.

5. Elsevier's counsel has refused to agree to an increase in the deposition limit.

6. The parties met and conferred on April 9 but were unable to reach a resolution.

7. The information GPS seeks via additional depositions is not unreasonably cumulative, cannot be obtained through other means, and is not unduly burdensome given the needs of this case.

8. Accordingly, GPS respectfully requests that this Court amend the CMO in this case to allow it to take 10 non-expert depositions.

Date: April 21, 2026

McGuireWoods LLP

By: /s/ *Robert A. Muckenfuss*
Robert A. Muckenfuss (SBN #28218)
Kelly Warlich (SBN #51053)
Hannah K. Caison (SBN #59260)
Zachary L. McCamey (SBN #53540)
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Tel: (704) 343-2052

2

Fax: (704) 444-8707
rmuckenfuss@mcguirewoods.com
kwarlich@mcguirewoods.com
hcaison@mcguirewoods.com
zmccamey@mcguirewoods.com

Lucy Jewett Wheatley (*pro hac vice*)
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2017
lwheatley@mcguirewoods.com

Peter J. Wright (NC Bar # 62879)
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Tel: (919) 755-6600
Fax: (919) 755-6699
pwright@mcguirewoods.com

*Attorneys for Plaintiff Global Plasma Solutions, Inc.*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this **<u>21st day of April, 2026</u>**, the foregoing **<u>PLAINTIFF GLOBAL PLASMA SOLUTIONS, INC.'S MOTION TO AMEND CASE MANAGEMENT ORDER AND FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS</u>** was filed electronically with the Clerk of Court for the Western District of North Carolina by using the CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Robert A. Muckenfuss*
Robert A. Muckenfuss


<u>**CERTIFICATE REGARDING USE OF ARTIFICIAL INTELLIGENCE**</u>

I hereby certify as to the foregoing that:

1.      No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

2.      Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working

4

at his/her direction (or the party making the filing if acting pro se) as to the accuracy

of the proposition for which it is offered, and the citation to authority provided.

*/s/ Robert A. Muckenfuss*
Robert A. Muckenfuss