| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELSEVIER INC. and ELSEVIER LTD., <br><br> Defendants. | **DEFENDANTS' MOTION TO STRIKE AND EXCLUDE TWENTY WITNESSES FROM PLAINTIFF'S SECOND & THIRD SUPPLEMENTAL INITIAL DISCLOSURES OR IN THE ALTERNATIVE TO AMEND THE CASE MANAGEMENT ORDER** |

Defendants Elsevier Inc. and Elsevier Ltd., by and through their undersigned counsel, respectfully move this Court pursuant to Federal Rules of Civil Procedure 26 and 37 to strike and exclude the twenty witnesses identified in Plaintiff's Second and Third Supplemental Initial Disclosures, or in the alternative, to amend the Case Management Order. In April 2026, Plaintiff Global Plasma Solutions, Inc. supplemented its initial disclosures twice, adding twenty new individuals as witnesses—all of whom are current or former GPS employees or business partners and were known to GPS at the time of earlier disclosures in 2025.

This motion is supported by the accompanying memorandum, along with copies of Plaintiff's various Initial Disclosures, which have been attached as Exhibit 1 (GPS September 5 Initial Disclosures), Exhibit 2 (GPS October 16 Initial Disclosures), Exhibit 3 (GPS April 3 Initial Disclosures), and Exhibit 4 (GPS April 15 Initial Disclosures), and an email exchange showing objections to the late-disclosed witnesses in the April 3 and April 15 Initial Disclosures, which has been attached as Exhibit 5 (Email dated April 27).

As Elsevier was preparing this motion and supporting brief for filing today, the Court scheduled a Status Conference and Discovery Hearing on other pending discovery-related disputes for May 11, 2026. Given the interrelatedness of these matters, and pursuant to Paragraph I.H. of

the Court's Pretrial Order, Elsevier respectfully requests that this motion also be scheduled for hearing on May 11, 2026. Alternatively, Elsevier suggests that the conference and hearing be continued to a date that would allow for this motion to be included in that conference and hearing.

Respectfully submitted this 30th day of April, 2026.

**QUINN EMANUEL
URQUHART & SULLIVAN, LLP**

*/s/ Nicholas A. LoCastro*
Rachel E. Epstein
N.Y. Bar No. 4795092
rachelepstein@quinnemanuel.com
Ellyde R. Thompson
N.Y. Bar No. 4729687
ellydethompson@quinnemanuel.com
JP Kernisan
N.Y. Bar No. 4817045
jpkernisan@quinnemanuel.com
(admitted *pro hac vice*)
Taylor L. Jones
N.Y. Bar No. 5358601
taylorjones@quinnemanuel.com
(admitted *pro hac vice*)
Nicholas A. LoCastro
N.Y. Bar No. 5477286
nicholaslocastro@quinnemanuel.com
(admitted *pro hac vice*)
Margaret Schmidt
N.Y. Bar No. 5328018
margaretschmidt@quinnemanuel.com
(admitted *pro hac vice*)
David E. Chardack
N.Y. Bar No. 5919816
(admitted *pro hac vice*)
davidchardack@quinnemanuel.com

*Lead Counsel for Defendants*

2

**POYNER SPRUILL LLP**

*/s/ John Michael ("J.M.") Durnovich*
Andrew H. Erteschik
N.C. Bar No. 35269
aerteschik@poynerspruill.com
Paul M. Cox
N.C. Bar No. 49146
pcox@poynerspruill.com
John Michael ("J.M.") Durnovich
N.C. Bar No. 47715
jdurnovich@poynerspruill.com
N. Cosmo Zinkow
N.C. Bar No. 53778
nzinkow@poynerspruill.com
P.O. Box 1801
Raleigh, NC 27602-1801
Telephone: (919) 783-2895

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel and parties of record.

This the 30th day of April, 2026.

*/s/ John Michael ("J.M.") Durnovich*
John Michael ("J.M.") Durnovich