# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:22-CV-00034-KDB-WCM

GLOBAL PLASMA SOLUTIONS, INC. ,

       Plaintiff,

       v.

ELSEVIER LTD AND ELSEVIER INC. ,

       Defendants.

## **MEMORANDUM AND ORDER**

**THIS MATTER** is before the Court on Defendants' Notice to the Court (Doc. No. 238). The Notice relates to the timing of Defendants' Answer to the Second Amended Complaint as well as Defendants' intention to file a Rule 12 motion to dismiss that pleading, notwithstanding the Court's suggestion to the contrary. The Notice also reflects, yet again, the Parties' inability to cooperate. Having considered the Notice, the Court Orders as follows:

1. Defendants shall file their Answer to the Second Amended Complaint on or before July 7, 2026; and

2. In the event that Defendants file a motion to dismiss Plaintiff's Second Amended Complaint, they should do so only to the extent they believe necessary to "preserve their rights" and no memorandum in support should be filed with the motion. Rather, all briefing on the motion shall be stayed and consolidated with the Parties' expected motions for summary judgment.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: June 30, 2026

Kenneth D. Bell
United States District Judge