**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>ELSEVIER INC. and ELSEVIER LTD.,<br><br>*Defendants*. | Case No. 3:22-cv-00034-KDB-WCM |

**DECLARATION OF LUCY JEWETT WHEATLEY IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE THE AUGUST 3, 2026 SUPPLEMENTAL DECLARATION OF JONATHAN I. ARNOLD, ELSEVIER INC.'S THIRD SUPPLEMENTAL RULE 26 INITIAL DISCLOSURES, AND ELSEVIER INC. AND ELSEVIER LTD.'S FOURTH SUPPLEMENTAL RULE 26 INITIAL DISCLOSURES**

I, Lucy Jewett Wheatley, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The evidence set out in this Declaration is based on my personal knowledge.

2. I am licensed to practice in the State of Virginia and am admitted *pro hac vice* in this action.

3. I am an attorney of record and counsel for Plaintiff Global Plasma Solutions, Inc. ("GPS") in this matter.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Defendant Elsevier Inc.'s Supplemental Rule 26 Initial Disclosures, dated March 9, 2026.

5. Attached hereto as **Exhibit 2** are true and correct copies of Defendant Elsevier Inc's Second Supplemental Rule 26 Initial Disclosures and Defendant Elsevier Ltd.'s Second Supplemental Rule 26 Initial Disclosures, dated May 7, 2026.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Defendant Elsevier Inc.'s Third Supplemental Rule 26 Initial Disclosures, dated August 3, 2026.

7. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant Elsevier Inc. and Elsevier Ltd.'s Fourth Supplemental Rule 26 Initial Disclosures, dated August 19, 2026.

8. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the Deposition of Elliott Gall taken on July 22, 2026 in this action.

9. Attached hereto as **Exhibit 6** is a true and correct redacted copy of Declaration of Jonathan I Arnold, dated August 3, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2026, in Richmond, Virginia.

/s/ *Lucy Jewett Wheatley*
Lucy Jewett Wheatley