**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| GLOBAL PLASMA SOLUTIONS, INC., *Plaintiff*, v. ELSEVIER INC. and ELSEVIER LTD., *Defendants*. | Case No. 3:22-cv-00034-KDB-WCM |

**PLAINTIFF'S NOTICE OF PUBLIC FILING OF PREVIOUSLY SEALED EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Global Plasma Solutions, Inc. ("GPS") hereby provides notice to the Court as follows:

On September 9, 2026, Plaintiff filed certain exhibits under seal with the Declaration of Robert Muckenfuss in Support of its Motion for Summary Judgment (Docs. 325, 326). In the Motion to Seal accompanying that filing (Doc. 331), counsel for Plaintiff noted that it would file the exhibits publicly should the designating party provide consent to do so.

The undersigned has now received consent from the designating party, Brent Stephens, to the public filing of the following four exhibits previously filed under seal:

1. Exhibits 6 and 7 to the March 5, 2026 Deposition of Brent Stephens, produced in this action as B. Stephens_000678 and B. Stephens_000679, attached to the Declaration of Robert A. Muckenfuss as Exhibit 12.
2. Exhibit 25 to the March 5, 2026 Deposition of Brent Stephens, produced in this action as B. Stephens_002094, attached to the Declaration of Robert A. Muckenfuss as Exhibit 13.

3. Exhibit 40 to the March 5, 2026 Deposition of Brent Stephens, produced in this action as B. Stephens_000328, attached to the Declaration of Robert A. Muckenfuss as Exhibit 14.

4. Exhibit 17 to the March 5, 2026 Deposition of Brent Stephens, produced in this action as B. Stephens_002383, attached to the Declaration of Robert A. Muckenfuss as Exhibit 53.

Accordingly, Plaintiff Global Plasma Solutions, Inc. hereby files these four exhibits publicly as attachments to the Declaration of Hannah K. Caison filed concurrently with this Notice.

This the 11th day of September, 2026.

**MCGUIREWOODS LLP**

/s/ *Robert A. Muckenfuss*
Robert A. Muckenfuss (SBN #28218)
Kelly Warlich (SBN #51053)
Hannah K. Caison (SBN #59260)
Zachary L. McCamey (SBN #53540)
201 North Tryon Street, Suite 3000
Charlotte, NC 28202
Tel: (704) 343-2052
Fax: (704) 444-8707
rmuckenfuss@mcguirewoods.com
kwarlich@mcguirewoods.com
hcaison@mcguirewoods.com
zmccamey@mcguirewoods.com

Lucy Jewett Wheatley (*pro hac vice*)
800 East Canal Street
Richmond, VA 23219
Tel: (804) 775-4320
Fax: (804) 698-2017
lwheatley@mcguirewoods.com

Peter J. Wright (NC Bar # 62879)
501 Fayetteville Street, Suite 500
Raleigh, NC 27601
Tel: (919) 755-6600
Fax: (919) 755-6699

pwright@mcguirewoods.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2026, the foregoing document was filed electronically with the Clerk of Court for the Western District of North Carolina by using the CM/ECF system. Counsel for all parties in this case are registered CM/ECF users and will be served by the CM/ECF system.

Dated: September 11, 2026

*/s/ Robert A. Muckenfuss*
Robert A. Muckenfuss